ISIDORE ORENSTEIN, Appellant, *v.* BANKERS TRUST COMPANY, as Trustee, Respondent, et al., Defendants.

Argued January 8, 1945; decided February 21, 1945.

*Jay Leo Rothschild* and *Abraham Rotwein* for appellant.
*John P. Carson* and *Reginald V. Spell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, THACHER and DYE, JJ. CONWAY and DESMOND, JJ., dissent on the ground that under the terms of this lease requiring, as it did, that the landlord " make all exterior repairs ", the landlord should be held to have been " in charge of " the exterior of the building and to have failed to comply with section 202 of the Labor Law.